**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>            Plaintiffs,<br><br>     v.<br><br>**APPLE INC.,**<br><br>            Defendant. | **CIVIL ACTION NO. 2:15cv293**<br><br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that the following attorney is entering an appearance for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson, Mike McKool, State Bar No. 13732100, of McKool Smith, PC, 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000, and (214) 978-4044 (Facsimile).  Mr. McKool currently is admitted to practice in the Eastern District of Texas.

Dated: May 26, 2015.

Respectfully submitted,

**MCKOOL SMITH, P.C.**

By: */s/ Mike McKool*
Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 0403550
dcawley@mckoolsmith.com
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Telecopier:  (214) 978-4044

McKool 1083576v1

>Samuel F. Baxter
>Texas State Bar No. 01938000
>sbaxter@mckoolsmith.com
>104 E. Houston Street, Suite 300
>P.O. Box 0
>Marshall, Texas 75670
>Telephone: (903) 923-9000
>Telecopier: (903) 923-9099
>
>Kevin L. Burgess, Lead Attorney
>Texas State Bar No. 24006927
>kburgess@mckoolsmith.com
>300 W. Sixth Street, Suite 1700
>Austin, Texas 78701
>Telephone: (512) 692-8700
>Telecopier: (512) 692-8744
>
>**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on May 26, 2015.

>/s/ *Mike McKool*
>Mike McKool